UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAXIMILIANO DIAZ PEREZ, LORENZO SUAR PANJOJ, MARIA LUCRECIA TZAMPOP GOMEZ, YOHANGLY MISHELL GARCIA MENDEZ AND MAILY ADRIANA VELASQUEZ MORALES,<br><br>Plaintiffs,<br><br>v.<br><br>MARDER TRAWLING, INC., FRANCISCO IXCOTOYAC DIONICIO, INDIVIDUALLY, AND WORKFORCE UNLIMITED INC. AND ANDREW WILKE, INDIVIDUALLY,<br><br>Defendants. | Dkt. No: 1:25:cv-13129-LTS |

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter the appearance of Jennifer L. Markowski as counsel for Defendant Marder Trawling, Inc. in the above-captioned proceedings.

[REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK]

1

                    Respectfully submitted,

                    MARDER TRAWLING, INC.,
                    By its attorney,

                    */s/ Jennifer Markowski*

                    _____
                    Jennifer L. Markowski, BBO # 655927
                    Jennifer.markowski@fmglaw.com
                    Freeman, Mathis & Gary LLP
                    201 Washington Street, Suite 2200
                    Boston, MA 02108
                    (617) 963-5975

Dated: December 17, 2025

## CERTIFICATE OF SERVICE

     I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon non-registered participants.

                                        */s/ Jennifer Markowski*
                                        _____
                                        Jennifer L. Markowski