UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAXIMILIANO DIAZ PEREZ, LORENZO SUAR PANJOJ, MARIA LUCRECIA TZAMPOP GOMEZ, YOHANGLY MISHELL GARCIA MENDEZ and MAILY ADRIANA VELASQUEZ MORALES,<br><br>Plaintiffs,<br><br>vs.<br><br>MARDER TRAWLING, INC., FRANCISCO IXCOTOYAC DIONICIO, individually, and WORKFORCE UNLIMITED, INC. and ANDREW WILKE,[1] individually<br><br>Defendants. | CASE NO.: 1:25-cv-13129-LTS<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS WORKFORCE UNLIMITED, INC.'s AND ANDREW WILKES'
MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAY LITIGATION
AS TO FOUR PLAINTIFFS AND DISMISS ONE PLAINTIFF FOR FAILURE
TO STATE A CLAIM**

Defendants, Workforce Unlimited, Inc. and Andrew Wilkes (collectively "Workforce"), respectfully move to compel Plaintiffs Lorenzo Suar Panjoj, Maria Lucrecia Tzampop Gomez, Yohangly Mishell Garcia Méndez, and Maily Adriana Velásquez (collectively "Workforce Plaintiffs") to arbitrate their claims individually, as their arbitration agreements require. In

---

[1] The case caption incorrectly spells the name of Defendant, Andrew Wilke. The correct spelling of Defendant Wilkes' name is "Andrew Wilkes."

addition, Workforce respectfully moves to dismiss Plaintiff Maximiliano Diaz Perez's claims pursuant to Fed. R. Civ. P. 12(b)(6) because Mr. Diaz Perez has no plausible claims against Workforce.  As set forth fully in the accompanying Memorandum of Law, Workforce has valid grounds upon which to request this relief.

## REQUEST FOR ORAL ARGUMENT

Defendants, Workforce Unlimited, Inc. and Andrew Wilkes, respectfully request oral argument on their Motion to Compel Individual Arbitration and Stay Litigation as to Four Plaintiffs and Dismiss One Plaintiff for Failure to State a Claim.

Respectfully submitted on January 23, 2026.

> The Defendants, Workforce Unlimited Inc.,
> And Andrew Wilkes,
> By their Attorney,
>
> */s/ John S. Gannon*
> John S. Gannon, Esq.
> BBO No. 683845
> Kayla E. Snider, Esq.
> BBO No. 714788
> **Skoler, Abbott & Presser, P.C.**
> One Monarch Place, Suite 2000
> Springfield, Massachusetts 01144
> Tel.: (413) 737-4753/Fax: (413) 787-1941
> E-Mail:  JGannon@skoler-abbott.com
>             KSnider@skoler-abbott.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that Defendants, Workforce Unlimited, Inc. and Andrew Wilkes, have complied with the provisions of Local Rule 7.1(a)(2) by conferring with counsel for Plaintiffs regarding this motion on January 16, 2026, and January 20, 2026.  Plaintiffs oppose the relief sought in this motion.

> */s/ John S. Gannon*
> John S. Gannon, Esq.

2

## CERTIFICATE OF SERVICE

I, John S. Gannon, hereby certify that a true and accurate copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 23, 2026.

**PLAINITFF'S COUNSEL**

Claudia V. Torres Patina (MA. BBO 716207)
ctorres@jatwork.org
Keally Cieslik (MA BBO 716810)
*Certified Under SJC Rule 3:04*
*Pro hac vice motion pending*
kcieslik@jatwork.org
**Justice at Work**
33 Harrison Ave # 501
Boston, MA 02111
(617) 865-8419

Christopher J. Williams (IL ARDC #6284262)
*Pro hac vice motion pending*
cwilliams@workers-law-office.com
**Workers' Law Office**
1341 W. Fullerton Ave, Suite 147
Chicago, Illinois 60614
(312) 725-3696

Keren Salim (NC ID #59847)
keren@glow.law
*Pro hac vice petition granted*
**Grassroots Law & Organizing for Workers**
1 N. LaSalle Street, Suite 1275
Chicago, Illinois 60602
(888) 610-7752

**DEFENDANTS' COUNSEL**

*Counsel for Francisco Ixcotoyac Dionicio*
Jason A. Dixon-Acosta, Esq.
BBO No. 683033
jadaesq@gmail.com
**Law Office of J. Dixon-Acosta**
378 Atwells Avenue
Providence, RI 02909
(401) 584-4404

*Counsel for Marder Trawling, Inc.*
Jennifer L. Markowski
BBO No. 655927
Jennifer.markowski@fmglaw.com
Alexandra F. Held
BBO No. 711052
Alexandra.held@fmglaw.com
**Freeman, Mathis & Gary, LLP**
201 Washington Street, Suite 2200
Boston, MA 02108
(617) 963-5975

*/s/ John S. Gannon*
John S. Gannon, Esq.

3