UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAXIMILIANO DIAZ PEREZ, LORENZO SUAR PANJOJ, MARIA LUCRECIA TZAMPOP GOMEZ, YOHANGLY MISHELL GARCIA MENDEZ AND MAILY ADRIANA VELASQUEZ MORALES, <br><br> Plaintiffs, <br><br> v. <br><br> MARDER TRAWLING, INC., FRANCISCO IXCOTOYAC DIONICIO, INDIVIDUALLY, AND WORKFORCE UNLIMITED INC. AND ANDREW WILKE, INDIVIDUALLY, <br><br> Defendants. | Dkt. No: 1:25:cv-13129-LTS <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANT MARDER TRAWLING, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AS TO PLAINTIFFS LORENZO SUAR PANJOJ, MARIA LUCRECIA TZAMPOP GOMEZ, YOHANGLY MISHELL GARCIA MENDEZ AND MAILY ADRIANA VELASQUEZ MORALES AND STAY LITIGATION**

Defendant Marder Trawling, Inc. ("Marder") respectfully moves this Court, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, for an Order compelling individual arbitration as to Plaintiffs Lorenzo Suar Panjoj, Maria Lucrecia Tzampop Gomez, Yohangly Mishell Garcia Mendez, and Maily Adriana Velasquez Morales (collectively referred to as the "Workforce Plaintiffs") and staying this litigation.[1]

---

[1] On January 20, 2026, counsel for Plaintiffs filed nineteen (19) "Notice(s) of Consent to be a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act" ("Notices"). See Dkt. 28 – 43. Upon information and belief, all but two (2) of the individuals who filed these Notices are Workforce employees assigned to work at Marder's New Bedford facility. To the extent this Court deems the nineteen (19) individuals who filed the Notices to be party plaintiffs to this lawsuit, and to the extent any of those individuals signed the same Arbitration Agreement with Workforce identified herein that covers the claims asserted in this lawsuit, Marder requests this Court issue an order compelling arbitration and staying litigation as to those individuals.

1

The Workforce Plaintiffs filed this class action lawsuit alleging violations of federal and state wage and hour laws arising from what the Workforce Plaintiffs have described as their joint employment relationship between their staffing agency employer, Defendant Workforce Unlimited Inc. ("Workforce"), and their Worksite Employer, Marder.  Plaintiffs have asserted claims against all Defendants under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (Count I), M.G.L. c. 149 §§ 148 (Counts II – V, VII, VIII), M.G.L. c. 159C(d) (Count VI, Count IX), and M.G.L. c. 151 § 1.1 *et seq.* (Count II).

As set forth herein, the claims asserted by the Workforce Plaintiffs in their Complaint are subject to the Dispute Resolution Program and Mutual Agreement to Arbitrate ("Arbitration Agreement") that each Workforce Plaintiff executed during their onboarding process with Workforce.  Plaintiffs expressly agreed to arbitrate any and all disputes arising out of or related to their employment or other association with Workforce and/or their Worksite Employer.  As asserted by the Workforce Plaintiffs in their Complaint, Marder at all times relevant acted as their Worksite Employer.  As such, Marder respectfully requests this Court issue an order compelling the Workforce Plaintiffs to individually submit their claims to binding arbitration in accordance with their Arbitration Agreements and stay the instant litigation as to Marder.

## REQUEST FOR ORAL ARGUMENT

Defendant Marder Trawling, Inc. respectfully requests oral argument on their Motion to Compel Individual Arbitration and Stay Litigation.

Respectfully submitted,

MARDER TRAWLING, INC.,
By its attorneys,

_____
Jennifer L. Markowski, BBO # 655927
Jennifer.markowski@fmglaw.com
Alexandra F. Held, BBO # 711052
Alexandra.held@fmglaw.com
Freeman, Mathis & Gary LLP
201 Washington Street, Suite 2200
Boston, MA 02108
(617) 963-5975

Dated: February 5, 2026

3

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that Defendant Marder Trawling, Inc. complied with the provisions of Local Rule 7.1(a)(2) by conferring with counsel for Plaintiffs regarding this motion on February 3, 2026. Plaintiffs oppose the relief sought in this motion.

*/s/ Alexandra Held*

_____

Alexandra Held

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served upon non-registered participants.

_____

Jennifer L. Markowski

4